| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>McKeague, David W | 2. Court or Organization<br><br>U.S. Court of Appeals - Sixth | 3. Date of Report<br><br>07/18/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☒   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>315 W. Allegan Street<br>Lansing, MI 48933 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Adjunct Professor | Michigan State University College of Law |
| 2.   Board Member | Federal Judges' Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUL 24 A 11:07 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|------|-----------------|------------------------------|
| 1. 2006 | Michigan State University College of Law (approved teaching) | $ 24,315 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. 2006 | Michigan Health & Hospital Association - wages |
| 2. 2006 | Accident Fund Insurance Company - Director fees |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|--------|-------------|
| 1. | Federal Judges' Association | May 6-9, 2006 - Washington, D.C., FJA Meeting of Board of Directors (Transportation and Room) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 07/18/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

|X| NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

| | NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae Servicing Corporation | Student loans | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Stonehedge LP | A | Dividend | K | W | | | | | |
| 2. National City Bank | A | Interest | J | T | | | | | |
| 3. Ohio National Univ. Life | | None | K | T | | | | | |
| 4. IRA 1 | E | Dividend | O | T | | | | | |
| 5. -Schwab Advisor Cash Reserve | | | | | | | | | |
| 6. -PIMCo Diversified Income | | | | | Partial sale | 2/16 | J | A | |
| 7. | | | | | Sold | 5/23 | K | A | |
| 8. -PIMCo Low Duration | | | | | Buy | 2/16 | J | | |
| 9. -PIMCo Real Return | | | | | Buy | 2/16 | J | | |
| 10. | | | | | Buy | 5/23 | J | | |
| 11. -PIMCo Total Return | | | | | Partial sale | 5/23 | J | A | |
| 12. -American Beacon Intl Equity Instl | | | | | Partial sale | 2/16 | J | B | |
| 13. | | | | | Buy | 4/17 | J | | |
| 14. -Artisian Intl | | | | | Partial sale | 2/16 | J | C | |
| 15. | | | | | Buy | 4/17 | J | | |
| 16. -DFA U.S. Small Cap | | | | | Partial sale | 2/16 | J | A | |
| 17. | | | | | Partial sale | 4/17 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 18.  -Columbia Intl Value Z | | | | | Partial sale | 2/16 | J | B | |
| 19. | | | | | Buy | 4/17 | J | | |
| 20.  -T Rowe Price Mid Cap | | | | | Partial sale | 2/16 | J | B | |
| 21.  -Vanguard Explorer | | | | | | | | | |
| 22.  -Vanguard Index 500 Admiral Shares | | | | | Buy | 2/16 | J | | |
| 23. | | | | | Partial sale | 4/17 | L | D | |
| 24.  - PIMCo Developing Local Markets | | | | | Buy | 2/16 | K | | |
| 25. | | | | | Buy | 5/23 | K | | |
| 26.  - Constellation Sands Capital Inst. Growth | | | | | Buy | 4/17 | K | | |
| 27.  - ICAP Select Equity | | | | | Buy | 4/17 | K | | |
| 28.  Michigan Health & Hospital Association - 401K | A | Dividend | K | T | | | | | |
| 29.  Fifth Third Bank accounts | A | Interest | J | T | | | | | |
| 30.  Ohio National Univ. Life Policy | | None | K | T | | | | | |
| 31.  IRA 2 | D | Dividend | N | T | | | | | |
| 32.  -Schwab Adv. Cash Reserve | | | | | | | | | |
| 33.  -PIMCo Diversified Income | | | | | Sold | 2/16 | K | A | |
| 34.  -PIMCo Low Duration | | | | | Buy | 2/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 07/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -PIMCo Real Return | | | | | Buy | 5/23 | J | | |
| 36. -PIMCo Total Return | | | | | Buy | 2/16 | J | | |
| 37. | | | | | Partial sale | 5/23 | K | A | |
| 38. -American Beacon Intl. Equity Instl. | | | | | Partial sale | 2/16 | J | C | |
| 39. | | | | | Buy | 4/17 | J | | |
| 40. -Artisian Intl | | | | | | | | | |
| 41. -DFA U.S. Small Cap | | | | | Partial sale | 4/17 | J | B | |
| 42. -Ranier Small Mid Cap | | | | | | | | | |
| 43. -Vanguard Explorer | | | | | | | | | |
| 44. -Vanguard Index 500 Admiral Shares | | | | | Partial sale | 4/17 | K | D | |
| 45. - PIMCo Developing Local Markets | | | | | Buy | 2/16 | K | | |
| 46. | | | | | Buy | 5/23 | J | | |
| 47. - ICAP Select Equity | | | | | Buy | 4/17 | K | | |
| 48. - Constellation Sands Capital Inst. Growth | | | | | Buy | 4/17 | K | | |
| 49. IRA 3 | A | Dividend | K | T | | | | | |
| 50. -AIM S&P 500 Index | | | | | | | | | |
| 51. IRA 4 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 07/18/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Prime Fund Capital Reserves | | | | | | | | | |
| 53.   IRA 5 | D | Dividend | L | T | | | | | |
| 54.   -Schwab Money Market | | | | | | | | | |
| 55.   -PIMCo Real Return | | | | | | | | | |
| 56.   -PIMCo Total Return | | | | | Buy | 5/23 | J | | |
| 57.   -PIMCo Diversified Income | | | | | Partial sale | 2/16 | J | C | |
| 58. | | | | | Sold | 5/23 | J | D | |
| 59.   -Columbia Int'l. Value Z | | | | | Buy | 2/16 | J | | |
| 60.   Schwab Individual Account | C | Dividend | M | T | | | | | |
| 61.   -Schwab Advisor Cash Reserve | A | Interest | J | T | | | | | |
| 62.   -PIMCo Low Duration | A | Dividend | J | T | Sold | 2/16 | K | A | |
| 63.   -PIMCo Total Return | A | Dividend | J | T | Sold | 2/16 | J | A | |
| 64.   -Vanguard Index 500 Admiral Shares | A | Dividend | L | T | Buy | 2/16 | K | | |
| 65.   -Dreyfus Mid Cap Index | A | Dividend | J | T | Sold | 2/16 | J | A | |
| 66.   -DFA Tax Managed U.S. Small Cap | B | Dividend | J | T | | | | | |
| 67.   -Vanguard Explorer | A | Dividend | J | T | | | | | |
| 68.   -American Beacon Int. Equity Instl. | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
   (See Column C2)    Q =Appraisal    V =Other    S =Assessment
      U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| McKeague, David W | 07/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Artisan Intl. | A | Dividend | J | T | | | | | |
| 70. - Rainier Small/Mid Cap Instl. | A | Dividend | J | T | Buy | 2/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McKeague, David W | 07/18/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatur                                            Date  7-17-07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>McKeague, David W | 2. Court or Organization<br><br>U.S. Court of Appeals - Sixth | 3. Date of Report<br><br>05/09/2007 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>315 W. Allegan Street<br>Lansing, MI 48933 | 8. On the basis of the information contained in this Report and any<br>  modifications pertaining thereto, it is, in my opinion, in compliance<br>  with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Adjunct Professor | Michigan State University College of Law |
| 2. Board Member | Federal Judges' Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 15 A 11:00 FINANCIAL DISCLOSURE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2006 | Michigan State University College of Law (approved teaching) | $ 24,315 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Michigan Health & Hospital Association - wages |
| 2. 2006 | Accident Fund Insurance Company - Director fees |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Judges' Association | May 6-9, 2006 - Washington, D.C., FJA Meeting of Board of Directors (Transportation and Room) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae Servicing Corporation | Student loans | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Stonehedge LP | A | Dividend | K | W | | | | | |
| 2. National City Bank | A | Interest | J | T | | | | | |
| 3. Ohio National Univ. Life | | None | K | T | | | | | |
| 4. IRA 1 | E | Dividend | O | T | | | | | |
| 5. -Schwab Advisor Cash Reserve | | | | | | | | | |
| 6. -PIMCo Diversified Income | | | | | Partial sale | 2/16 | J | A | |
| 7. | | | | | Sold | 5/23 | K | A | |
| 8. -PIMCo Low Duration | | | | | Buy | 2/16 | J | | |
| 9. -PIMCo Real Return | | | | | Buy | 2/16 | J | | |
| 10. | | | | | Buy | 5/23 | J | | |
| 11. -PIMCo Total Return | | | | | Partial sale | 5/23 | J | A | |
| 12. -American Beacon Intl Equity Instl | | | | | Partial sale | 2/16 | J | B | |
| 13. | | | | | Buy | 4/17 | J | | |
| 14. -Artisian Intl | | | | | Partial sale | 2/16 | J | C | |
| 15. | | | | | Buy | 4/17 | J | | |
| 16. -DFA U.S. Small Cap | | | | | Partial sale | 2/16 | J | A | |
| 17. | | | | | Partial sale | 4/17 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Columbia Intl Value Z | | | | | Partial sale | 2/16 | J | B | |
| 19. | | | | | Buy | 4/17 | J | | |
| 20. -T Rowe Price Mid Cap | | | | | Partial sale | 2/16 | J | B | |
| 21. -Vanguard Explorer | | | | | | | | | |
| 22. -Vanguard Index 500 Admiral Shares | | | | | Buy | 2/16 | J | | |
| 23. | | | | | Partial sale | 4/17 | L | D | |
| 24. - PIMCo Developing Local Markets | | | | | Buy | 2/16 | K | | |
| 25. | | | | | Buy | 5/23 | K | | |
| 26. - Constellation Sands Capital Inst. Growth | | | | | Buy | 4/17 | K | | |
| 27. - ICAP Select Equity | | | | | Buy | 4/17 | K | | |
| 28. Michigan Health & Hospital Association - 401K | A | Dividend | K | T | | | | | |
| 29. Fifth Third Bank accounts | A | Interest | J | T | | | | | |
| 30. Ohio National Univ. Life Policy | | None | K | T | | | | | |
| 31. IRA 2 | D | Dividend | N | T | | | | | |
| 32. -Schwab Adv. Cash Reserve | | | | | | | | | |
| 33. -PIMCo Diversified Income | | | | | Sold | 2/16 | K | A | |
| 34. -PIMCo Low Duration | | | | | Buy | 2/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -PIMCo Real Return | | | | | Buy | 5/23 | J | | |
| 36.   -PIMCo Total Return | | | | | Buy | 2/16 | J | | |
| 37. | | | | | Partial sale | 5/23 | K | A | |
| 38.   -American Beacon Intl. Equity Instl. | | | | | Partial sale | 2/16 | J | C | |
| 39. | | | | | Buy | 4/17 | J | | |
| 40.   -Artisian Intl | | | | | | | | | |
| 41.   -DFA U.S. Small Cap | | | | | Partial sale | 4/17 | J | B | |
| 42.   -Ranier Small Mid Cap | | | | | | | | | |
| 43.   -Vanguard Explorer | | | | | | | | | |
| 44.   -Vanguard Index 500 Admiral Shares | | | | | Partial sale | 4/17 | K | D | |
| 45.   - PIMCo Developing Local Markets | | | | | Buy | 2/16 | K | | |
| 46. | | | | | Buy | 5/23 | J | | |
| 47.   - ICAP Select Equity | | | | | Buy | 4/17 | K | | |
| 48.   - Constellation Sands Capital Inst. Growth | | | | | Buy | 4/17 | K | | |
| 49.   IRA 3 | A | Dividend | K | T | | | | | |
| 50.   -AIM S&P 500 Index | | | | | | | | | |
| 51.   IRA 4 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Prime Fund Capital Reserves | | | | | | | | | |
| 53. IRA 5 | D | Dividend | L | T | | | | | |
| 54. -Schwab Money Market | | | | | | | | | |
| 55. -PIMCo Real Return | | | | | | | | | |
| 56. -PIMCo Total Return | | | | | Buy | 5/23 | J | | |
| 57. -PIMCo Diversified Income | | | | | Partial sale | 2/16 | J | C | |
| 58. | | | | | Sold | 5/23 | J | D | |
| 59. -Columbia Int'l. Value Z | | | | | Buy | 2/16 | J | | |
| 60. Schwab Individual Account | C | Dividend | M | T | | | | | |
| 61. -Schwab Advisor Cash Reserve | | | | | | | | | |
| 62. -PIMCo Low Duration | | | | | Sold | 2/16 | K | A | |
| 63. -PIMCo Total Return | | | | | Sold | 2/16 | J | A | |
| 64. -Vanguard Index 500 Admiral Shares | | | | | Buy | 2/16 | K | | |
| 65. -Dreyfus Mid Cap Index | | | | | Sold | 2/16 | J | A | |
| 66. -DFA Tax Managed U.S. Small Cap | | | | | | | | | |
| 67. -Vanguard Explorer | | | | | | | | | |
| 68. -American Beacon Int. Equity Instl. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
    (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
    (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
    (See Column C2)    Q =Appraisal    V =Other    S =Assessment
     U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   –Artisan Intl. | | | | | | | | | |
| 70.   - Rainier Small/Mid Cap Instl. | | | | | Buy | 2/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 05/09/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544